### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID GARSON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO.  1:15-CV-180-WTL-DKL |
| ANTHEM, INC., an Indiana corporation, ) BLUE CROSS OF CALIFORNIA, a ) California corporation, ) ) | |
| Defendants ) | |

### MOTION TO APPEAR *PRO HAC VICE* FOR CRAIG A. HOOVER

Defendants, Anthem, Inc. and Blue Cross of California d/b/a Anthem Blue Cross ("Anthem"), pursuant to Local Rule 83-6(a), by the undersigned counsel Sally Franklin Zweig, a member of the Bar of this Court, respectfully moves the Court to admit **Craig A. Hoover** of Hogan Lovells, US, LLP, Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, District of Columbia 20004, *pro hac vice*, so that he may participate in the above-captioned action on behalf of Anthem, as co-counsel with the law firm of Katz & Korin, PC.  In support of this Motion, the undersigned counsel shows the Court as follows:

1. The Certification of **Craig A. Hoover** as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. Electronic payment in the amount of Thirty Dollars ($30.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

**WHEREFORE**, Defendants, Anthem, Inc. and Blue Cross of California d/b/a Anthem Blue Cross, respectfully move the Court to admit **Craig A. Hoover** of Hogan Lovells, US, LLP,

*pro hac vice*, to the Bar of this Court for the purpose of participating in the defense of this matter as co-counsel with the law firm of Katz & Korin, PC.

        Respectfully submitted,

        __s/ Sally Franklin Zweig_____
        Sally Franklin Zweig, No. 11367-49
        KATZ & KORIN, PC
        334 North Senate Avenue
        Indianapolis, Indiana  46204
        Office: 317.464.1100; Fax: 317.464.1111
        E-Mail:  szweig@katzkorin.com

        *Counsel for Defendants Anthem, Inc. and Blue Cross of California d/b/a Anthem Blue Cross*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| Robert E. Duff (Pltf)<br>Indiana Consumer Group/The Law Offices of Robert Duff | robert@robertdufflaw.com |
|---|---|
| Sally Franklin Zweig (Anthem)<br>Katz & Korin, PC | szweig@katzkorin.com |

        s/ Sally Franklin Zweig
        Sally Franklin Zweig

Sally Franklin Zweig
KATZ & KORIN, PC
334 North Senate Avenue
Indianapolis, Indiana  46204
Office: 317.464.1100; Fax: 317.464.1111
E-Mail:  szweig@katzkorin.com