UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID GARSON, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) vs. ) ) ANTHEM, INC., an Indiana corporation, ) BLUE CROSS OF CALIFORNIA, a ) California corporation, ) ) Defendants ) | CASE NO. 1:15-CV-180-WTL-DKL |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* FOR CRAIG A. HOOVER

This matter comes before the Court on Defendants', Anthem, Inc. and Blue Cross of California d/b/a Anthem Blue Cross Motion, to Appear *Pro Hac Vice* for Craig A. Hoover. Being duly advised, the Court now GRANTS the motion.

IT IS HEREBY ORDERED that Craig A. Hoover shall be admitted to appear *Pro Hac Vice* as counsel for Defendants, Anthem, Inc. and Blue Cross of California d/b/a Anthem Blue Cross in this matter.

Dated: _____

                                                      Denise K. LaRue, Magistrate Judge
                                                      United States District Court
                                                      Southern District of Indiana

cc:    All counsel of record, by operation of the Court's ECF system